UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| The National Council for Incarcerated and Formerly Incarcerated Women and Girls, Inc., <br><br> PLAINTIFF, <br><br> v. <br><br> Royale Blue Hospitality, LLC, d/b/a the El Conquistador Resort, <br><br> DEFENDANT. | Docket No.: 1:25-cv-11889 |

## PLAINTIFF'S ASSENTED-TO MOTION FOR LEAVE TO FILE SUR-REPLY

Plaintiff, The National Council for Incarcerated and Formerly Incarcerated Women and Girls, Inc. ("The National Council") requests leave to file on or before October 27, 2025, a brief sur-reply (not to exceed three pages) to Defendant's Reply in Support of its Motion to Dismiss (Doc. No. 31). Defendant assents to this request.

As ground for this motion, Plaintiff states that in Defendant's reply brief, Defendant correctly pointed out that Plaintiff relied on a repealed version of the Puerto Rico Civil Code in its Opposition to Defendant's Motion to Dismiss. (Docs. 24, pp. 7-8; 31, p. 3). Puerto Rico repealed its civil code in 2020 and replaced it with a modernized version. Ley Núm. 55 de 2020; 31 L.P.R.A. § 53 (2020). Plaintiff was unaware of the repeal because Westlaw continues to publish the repealed code but does indicate that it was repealed.[1]

---

[1] The repealed code was originally written in Spanish but had an official English translation (which is what Plaintiff relied upon). The 2020 version of the code, however, does not. Plaintiff surmises that Westlaw continues to publish the repealed code as current because it is the only (and most recent) version with an English translation.

1

The 2020 code—published only in Spanish—has contract interpretation provisions analogous to those in the repealed code that Plaintiff had cited, albeit in different words. *See* 31 L.P.R.A. §6342, *et seq.* (2020). Plaintiff seeks to file a short sur-reply solely to draw the connections between the repealed provisions that Plaintiff had cited and the updated 2020 code.

**WHEREFORE,** Plaintiff requests that leave be granted to file a sur-reply to be filed no later than October 27, 2025.

<div style="margin-left:50%;">

The National Council for Incarcerated and Formerly Incarcerated Women and Girls,

By its attorneys,

/s/ Jeffrey Wiesner
Jeffrey Wiesner, BBO No. 655814
Jennifer McKinnon, BBO No. 657758
Owen Woo, BBO No. 715886
Wiesner McKinnon LLP
88 Broad St., Ste. 503
Boston, MA 02110
Tel.: (617) 303-3940
Fax: (617) 507-7976
Email: jwiesner@jwjmlaw.com
        jmckinnon@jwjmlaw.com
        owoo@jwjmlaw.com

</div>

Date:   October 23, 2025

## **Certificate of Service**

I hereby certify that this document was filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

/s/ Owen Woo

Date:   October 23, 2025

3